FILED
AUG 1 0 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PEDRO ACUNA MACHADO,<br>Defendant | Case No.: 26-cr-3050-TWR-1<br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the United States, pursuant to Rule 48, Federal Rules of Criminal Procedure, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 8/10/26

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE